**SIGNED.**

**Dated: August 4, 2020**

_____
**Paul Sala, Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: ) | Case No. 20-03989-PS |
| ) | |
| SHILOW DON BALL ) | Chapter 7 |
| ) | |
| ) | **ORDER GRANTING TRUSTEE'S** |
| Debtor ) | **MOTION TO MAINTAIN AUTOMATIC** |
| ) | **STAY AND HAVE VEHICLES REMAIN** |
| ) | **PROPERTY OF THE ESTATE** |
| ) | |

Based upon the *Motion to Maintain Automatic Stay and Have Vehicles Remain Property of the Estate* ("Motion"), with no objections being received and further good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. Granting the Motion; and

2. Declaring that the automatic stay under section 11 U.S.C. § 362(a) is hereby maintained and shall not be automatically terminated with respect to the 2008 DODGE RAM, VIN (NOT PROVIDED) ("Vehicle") and the 2015 CHEVROLET CAMARO, VIN: 2G1FF1E31F9239078, and the 2004 FORD F150, VIN: 1FTRF12W54NC09210 further, that the Vehicles remain property of this estate pending further order of this Court.

**DATED AND SIGNED ABOVE**